FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>MARIO HENRY RANGEL<br><br>          Defendant. | NO.: CR 09 — 1114 -ODW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL DISTRICT OF CALIF. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1      based on _absence of verified backgnd info +_
2      _info re: bail resources; nature of current allgats_
3
4
5      and/or
6 B. (✓) The defendant has not met his/her burden of establishing by
7      clear and convincing evidence that he/she is not likely to pose
8      a danger to the safety of any other person or the community if
9      released under 18 U.S.C. § 3142(b) or (c). This finding is based
10      on _nature of current allegations and Δ's prior_
11      _record._
12
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

DATED: _June 16, 2010_

_/s/ Carla M. Woehrle_
United States Magistrate Judge

Deten[2].ord      2